UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| VOSSEN WHEELS, INC., a Florida Corporation,<br><br>               Plaintiff,<br>   v.<br><br>RELMEX, INC. d/b/a ENGINEERED PAINT APPLICATIONS, a California Corporation; and DOES 1-30, inclusive,<br><br>               Defendants. | Case No. 5:21-cv-00641-JGB-SP<br><br>**JUDGMENT PURSUANT TO STIPULATION**<br><br>Complaint Filed:   April 9, 2021<br>Trial Date:         Vacated |

# JUDGMENT

In the above-entitled cause, Plaintiff Vossen Wheels, Inc. ("Vossen Wheels") and Defendant Relmex, Inc. d/b/a Engineered Paint Applications ("Relmex"), having stipulated that judgment be entered against Relmex, and after consideration of such stipulation:

**IT IS ORDERED, ADJUDGED, AND DECREED THAT**

1.    Judgment is hereby entered in favor of Plaintiff Vossen Wheels and against Defendant Relmex;

2.    Relmex must pay Vossen Wheels the sum of Five Hundred Thousand Dollars ($500,000.00) (the "Judgment Amount"); and

3.    Interest shall accrue on the Judgment Amount to the maximum extent permissible by law.

**IT IS SO ORDERED.**

Dated:  November 22, 2023

_____
Honorable Jesus G. Bernal
United States District Court Judge

---

1

JUDGMENT PURSUANT TO STIPULATION

1

PROOF OF SERVICE